UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KENNETH G. FLOYD,

CASE NO. C07-05993 HRL

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

BERNARD "SKIP" WHALEN

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 3/18/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| David L. Samuelson | KENNETH G. FLOYD | 650 380 0355 | DLSamuelson@yahoo.com |
| Jonathan Weissglass | BERNARD "SKIP" WHALEN AREA LOCAL, AMERICAN POSTAL WORKER UNION LOCAL #71 | 415 421 7151 | jweissglass@altber.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/26/08

David L. Samuelson
Attorney for Plaintiff

Dated: 2/26/08

Attorney for Defendant

Rev 12.05