

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kenneth G. Floyd

                Plaintiff(s),

          v.

Bernard "Skip" Whalen Area Local,
APWU Local #71
                Defendant(s).

Case No. C 07-05993 HRL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2·26·08

Dated: 2/26/08

APWU LOCAL #71
ACTING PRESIDENT

_____
[Party]
Marty McQuoich

_____
[Counsel]

IN LIEU OF BOB DAVIS,
PRESIDENT (OUT-OF-TOWN)