Stephen P. Berzon (SBN 46540)
Jonathan Weissglass (SBN 185008)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: jweissglass@altshulerberzon.com

Daniel B. Smith, (*Pro Hac Vice* Application Forthcoming)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street NW, Suite 1200
Washington, DC 20005-4126
Telephone: (202) 898-1707
Facsimile: (202) 682-9276
Email: dsmith@odsalaw.com

Attorneys for Defendant
Bernard "Skip" Whalen Area Local #71

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KENNETH G. FLOYD,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>BERNARD "SKIP" WHALEN AREA LOCAL, AMERICAN POSTAL WORKER UNION LOCAL #71,<br><br>　　　Defendant. | **CASE NO.: C07-05993 HRL**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 6, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ALTSHULER BERZON LLP


　　　　　　　　　　　　　　　　　　　　_____/s/ Jonathan Weissglass_____
　　　　　　　　　　　　　　　　　　　　Jonathan Weissglass

---

1

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
**CASE NO.: C07-05993 HRL**

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On March 6, 2008, I served the following documents:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

<u>By First Class Mail</u>: I am readily familiar with the ordinary business practices of Altshuler Berzon LLP for the collection and processing of correspondence for mailing with the United States Postal Service. I sealed and placed each such envelope, with first-class postage thereon fully prepaid, for collection and mailing to the office of the addressee on the date shown herein in San Francisco, California.

**ADDRESSEE**

David L. Samuelson, Esq.
894 Independence Avenue, Suite 2D
Mountain View, CA 94043

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this March 6, 2008, at San Francisco, California.

    /s/ Sally Mendez
    Sally Mendez