**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kenneth Floyd,<br><br>    Plaintiff,<br><br>  v.<br><br>Bernard "Skip" Whalen Area Local, also known as American Postal Workers Union Local #71,<br><br>    Defendant.<br>_____ / | No. C07-05993<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 18, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: March 7, 2008                                    RICHARD W. WIEKING,
                                                                           United States District Court

                                                                                                             */s/ Patty Cromwell*
                                                                           By: Patty Cromwell
                                                                           Courtroom Deputy Clerk to
                                                                           Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Stephen P. Berzon     sberzon@altshulerberzon.com
5  Jonathan David Weissglass     jweissglass@altshulerberzon.com,
   smendez@altshulerberzon.com
6
7  David Lee Samuelson
   Law Offices of David L. Samuelson
   897 Independence Avenue, Suite 2D
8  Mountain View, CA 94043
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28