Stephen P. Berzon (SBN 46540)
Jonathan Weissglass (SBN 185008)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: jweissglass@altshulerberzon.com

Daniel B. Smith, (*Pro Hac Vice* Application Forthcoming)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street NW, Suite 1200
Washington, DC 20005-4126
Telephone: (202) 898-1707
Facsimile: (202) 682-9276
Email: dsmith@odsalaw.com

Attorneys for Defendant
Bernard "Skip" Whalen Area Local #71

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH G. FLOYD,<br><br>        Plaintiff,<br><br>    v.<br><br>BERNARD "SKIP" WHALEN AREA LOCAL, AMERICAN POSTAL WORKER UNION LOCAL #71,<br><br>        Defendant. | CASE NO.: C07-05993 RMW<br><br>DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE |

1    Pursuant to Civil Local Rules 7-11 and 16-10(a), Defendant submits this unopposed motion
2 to request leave for Defendant's counsel to appear by telephone at the Initial Case Management
3 Conference, scheduled for May 2, 2008, at 10:30 a.m.
4    Daniel B. Smith, the lead counsel for Defendant, is located in Washington, D.C. In the
5 interest of keeping the costs of defending this damages action as low as possible, Defendant desires
6 to avoid a cross-country trip for the Initial Case Management Conference. If this motion is granted,
7 Mr. Smith will be fully prepared to address case management issues over the telephone.

8  Dated: April 24, 2008                          Respectfully submitted,

9                                                 ALTSHULER BERZON LLP

10

11                                                O'DONNELL, SCHWARTZ & ANDERSON, P.C.

12                                                By: /s/ Jonathan Weissglass
                                                      Jonathan Weissglass

13                                                Attorneys for Defendant Bernard "Skip" Whalen Area
                                                  Local, American Postal Workers Union Local #71

**DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION**
**CASE NO.: C07-05993 RMW**

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On April 24, 2008, I served the following documents:

**DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE**

<u>By First Class Mail</u>: I am readily familiar with the ordinary business practices of Altshuler Berzon LLP for the collection and processing of correspondence for mailing with the United States Postal Service. I sealed and placed each such envelope, with first-class postage thereon fully prepaid, for collection and mailing to the office of the addressee on the date shown herein in San Francisco, California.

**ADDRESSEE**

David L. Samuelson, Esq.
897 Independence Avenue, Suite 2D
Mountain View, CA 94043

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this April 24, 2008 at San Francisco, California.

SALLY MENDEZ

DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION
CASE NO.: C07-05993 RMW