Stephen P. Berzon (SBN 46540)
Jonathan Weissglass (SBN 185008)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: jweissglass@altshulerberzon.com

Daniel B. Smith, (*Pro Hac Vice* Application Forthcoming)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street NW, Suite 1200
Washington, DC 20005-4126
Telephone: (202) 898-1707
Facsimile: (202) 682-9276
Email: dsmith@odsalaw.com

Attorneys for Defendant
Bernard "Skip" Whalen Area Local #71

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH G. FLOYD,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD "SKIP" WHALEN AREA LOCAL, AMERICAN POSTAL WORKER UNION LOCAL #71,<br><br>Defendant. | CASE NO.: C07-05993 RMW<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO DEFENDANT'S COUNSEL TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE |

1     It is hereby stipulated and agreed that Daniel B. Smith, lead counsel for Defendant, may
2  appear at the Initial Case Management Conference by telephone.

4  Dated: April 24, 2008                         /s/ Jonathan Weissglass
                                                  Jonathan Weissglass
5                                                 Counsel for Defendant

6
   Dated: April __, 2008                         _____
7                                                 David L. Samuelson
                                                  Counsel for Plaintiff
8

9     PURSUANT TO STIPULATION, IT IS SO ORDERED.

10
   Dated:_____              _____
11                                                U.S. District Court Judge

1  It is hereby stipulated and agreed that Daniel B. Smith, lead counsel for Defendant, may
2  appear at the Initial Case Management Conference by telephone.
3
4  Dated: April __, 2008                    /s/ Jonathan Weissglass
                                             Jonathan Weissglass
5                                            Counsel for Defendant
6
   Dated: April 24, 2008
7                                            David L. Samuelson
                                             Counsel for Plaintiff
8
9       PURSUANT TO STIPULATION, IT IS SO ORDERED.
10
   Dated: _____
11                                           U.S. District Court Judge
12
...
28

STIPULATION AND [PROPOSED] ORDER
CASE NO.: C07-05993 RMW

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the City and County of San Francisco, California. I am over the age of |
| 3 | eighteen years and not a party to the within action; my business address is 177 Post Street, Suite |
| 4 | 300, San Francisco, California 94108. On April 24, 2008, I served the following documents: |
| 5 | **STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO DEFENDANT'S COUNSEL TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE** |
| 6 | |
| 7 | <u>By First Class Mail</u>: I am readily familiar with the ordinary business practices of Altshuler |
| 8 | Berzon LLP for the collection and processing of correspondence for mailing with the United States |
| 9 | Postal Service. I sealed and placed each such envelope, with first-class postage thereon fully |
| 10 | prepaid, for collection and mailing to the office of the addressee on the date shown herein in San |
| 11 | Francisco, California. |
| 12 | |
| 13 | **ADDRESSEE** |
| 14 | David L. Samuelson, Esq.<br>897 Independence Avenue, Suite 2D<br>Mountain View, CA 94043 |
| 15 | |
| 16 | I declare under penalty of perjury under the laws of the State of California that the foregoing |
| 17 | is true and correct. Executed this April 24, 2008 at San Francisco, California. |
| 18 | |
| 19 | _____<br>SALLY MENDEZ |
| 20 | |

STIPULATION AND [PROPOSED] ORDER
CASE NO.: C07-05993 RMW