```
                                                    FILED

 1  Stephen P. Berzon (SBN 46540)
    Jonathan Weissglass (SBN 185008)            2008 APR 23  A 10 31
 2  ALTSHULER BERZON LLP
    177 Post Street, Suite 300                   RICHARD W. WIEKING
 3  San Francisco, CA 94108                              CLERK
    Telephone: (415) 421-7151                   U.S. DISTRICT COURT
 4  Facsimile: (415) 362-8064                   NO. DIST. OF CA. S.J.
    Email: jweissglass@altshulerberzon.com
 5
    Daniel B. Smith, (Pro Hac Vice Application Pending)
 6  O'DONNELL, SCHWARTZ & ANDERSON, P.C.
    1300 L Street NW, Suite 1200
 7  Washington, DC 20005-4126
    Telephone: (202) 898-1707
 8  Facsimile: (202) 682-9276
    Email: dsmith@odsalaw.com
 9

10  Attorneys for Defendant
    Bernard "Skip" Whalen Area Local #71
11
```

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| KENNETH G. FLOYD, | CASE NO.: C07-05993 RMW |
| Plaintiff, | |
| v. | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| BERNARD "SKIP" WHALEN AREA LOCAL, AMERICAN POSTAL WORKER UNION LOCAL #71, | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Daniel B. Smith, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Bernard "Skip" Whalen Area Local, American Postal Worker Union Local # 71 in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

---

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: C07-05993 RMW

2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.   Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-entitled action. The name, address and telephone number of those attorneys are:

Stephen P. Berzon (SBN 46540)
Jonathan Weissglass (SBN 185008)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 18, 2008

By: _____
Daniel B. Smith

2
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: C07-05993 RMW

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On April 22, 2008, I served the following documents:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

By First Class Mail: I am readily familiar with the ordinary business practices of Altshuler Berzon LLP for the collection and processing of correspondence for mailing with the United States Postal Service. I sealed and placed each such envelope, with first-class postage thereon fully prepaid, for collection and mailing to the office of the addressee on the date shown herein in San Francisco, California.

**ADDRESSEE**

David L. Samuelson, Esq.
897 Independence Avenue, Suite 2D
Mountain View, CA 94043

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this April 22, 2008 at San Francisco, California.

_____
SALLY MENDEZ