RECEIVED

2008 APR 23  AM 10: 37

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST OF CA  S.J.

1  Stephen P. Berzon (SBN 46540)
   Jonathan Weissglass (SBN 185008)
2  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
3  San Francisco, CA 94108
   Telephone: (415) 421-7151
4  Facsimile: (415) 362-8064
   Email: jweissglass@altshulerberzon.com
5
   Daniel B. Smith, (*Pro Hac Vice* Application Pending)
6  O'DONNELL, SCHWARTZ & ANDERSON, P.C.
   1300 L Street NW, Suite 1200
7  Washington, DC 20005-4126
   Telephone: (202) 898-1707
8  Facsimile: (202) 682-9276
   Email: dsmith@odsalaw.com
9
10  Attorneys for Defendant                    *E-FILED - 4/28/08*
    Bernard "Skip" Whalen Area Local #71
11
12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15  KENNETH G. FLOYD,                  CASE NO.: C07-05993 RMW

16         Plaintiff,

17     v.                              [xxxxxxxxxxxx] **ORDER GRANTING
                                       APPLICATION FOR ADMISSION OF**
18  BERNARD "SKIP" WHALEN AREA         **ATTORNEY *PRO HAC VICE***
    LOCAL, AMERICAN POSTAL WORKER
19  UNION LOCAL #71,

20         Defendant.

21

22       Daniel B. Smith, an active member in good standing of the bar of the District of Columbia,

23  whose business address and telephone number is O'DONNELL, SCHWARTZ & ANDERSON,

24  P.C., 1300 L Street NW, Suite 1200, Washington, DC 20005-4126, Telephone: (202) 898-1707

25  having applied in the above-entitled action for admission to practice in the Northern District of

26  California on a *pro hac vice* basis, representing Defendant Bernard "Skip" Whalen Area Local,

27  American Postal Worker Union Local # 71,

28

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

3  *vice*. Service of papers upon and communication with co-counsel designed in the application will

4  constitute notice to the party. All future filings in this action are subject to the requirements

5  contained in General Order No. 45, *Electronic Case Filing*.

6

7  Dated: 4/28/08

*Ronald M. Whyte*

8                                          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

xxxxxxxxxxxxxx RDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: C07-05993 RMW

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On April 22, 2008, I served the following documents:

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

<u>By First Class Mail</u>: I am readily familiar with the ordinary business practices of Altshuler Berzon LLP for the collection and processing of correspondence for mailing with the United States Postal Service. I sealed and placed each such envelope, with first-class postage thereon fully prepaid, for collection and mailing to the office of the addressee on the date shown herein in San Francisco, California.

**ADDRESSEE**

David L. Samuelson, Esq.
897 Independence Avenue, Suite 2D
Mountain View, CA 94043

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this April 22, 2008 at San Francisco, California.

SALLY MENDEZ

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: C07-05993 RMW