1  Stephen P. Berzon (SBN 46540)
   Jonathan Weissglass (SBN 185008)
2  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
3  San Francisco, CA 94108
   Telephone: (415) 421-7151
4  Facsimile: (415) 362-8064
   Email: jweissglass@altshulerberzon.com
5
   Daniel B. Smith, (*Pro Hac Vice* Application Forthcoming)
6  O'DONNELL, SCHWARTZ & ANDERSON, P.C.
   1300 L Street NW, Suite 1200
7  Washington, DC 20005-4126
   Telephone: (202) 898-1707
8  Facsimile: (202) 682-9276
   Email: dsmith@odsalaw.com
9
10 Attorneys for Defendant
   Bernard "Skip" Whalen Area Local #71

*E-FILED - 4/28/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH G. FLOYD,<br><br>  Plaintiff,<br><br>  v.<br><br>BERNARD "SKIP" WHALEN AREA LOCAL, AMERICAN POSTAL WORKER UNION LOCAL #71,<br><br>  Defendant. | CASE NO.: C07-05993 RMW<br><br>STIPULATION AND [xxxxxxxxxxxxxxx] ORDER GRANTING LEAVE TO DEFENDANT'S COUNSEL TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE |

1  It is hereby stipulated and agreed that Daniel B. Smith, lead counsel for Defendant, may
2  appear at the Initial Case Management Conference by telephone.
3
4  Dated: April 24, 2008                                /s/ Jonathan Weissglass
                                                        Jonathan Weissglass
5                                                       Counsel for Defendant
6
   Dated: April __, 2008                               _____
7                                                      David L. Samuelson
                                                       Counsel for Plaintiff
8
9  PURSUANT TO STIPULATION, IT IS SO ORDERED.
10
   Dated:_____                       _____
11                                                     U.S. District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND xxxxxxxxxxxx ORDER
CASE NO.: C07-05993 RMW

It is hereby stipulated and agreed that Daniel B. Smith, lead counsel for Defendant, may appear at the Initial Case Management Conference by telephone.

Dated: April __, 2008

/s/ Jonathan Weissglass
Jonathan Weissglass
Counsel for Defendant

Dated: April 24, 2008

David L. Samuelson
Counsel for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/28/08

Ronald M. Whyte
U.S. District Court Judge

The Court will initiate the call between the hours of 10:30 AM to 12:30 PM on May 2, 2008.

STIPULATION AND [XXXXXXXXX] ORDER
CASE NO.: C07-05993 RMW

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On April 24, 2008, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO DEFENDANT'S COUNSEL TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE**

<u>By First Class Mail</u>: I am readily familiar with the ordinary business practices of Altshuler Berzon LLP for the collection and processing of correspondence for mailing with the United States Postal Service. I sealed and placed each such envelope, with first-class postage thereon fully prepaid, for collection and mailing to the office of the addressee on the date shown herein in San Francisco, California.

**ADDRESSEE**

David L. Samuelson, Esq.
897 Independence Avenue, Suite 2D
Mountain View, CA 94043

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this April 24, 2008 at San Francisco, California.

SALLY MENDEZ

STIPULATION AND [xxxxxxxxxxx] ORDER
CASE NO.: C07-05993 RMW