UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 2, 2008

Case No. C-07-05993-RMW        JUDGE: Ronald M. Whyte

KENNETH FLOYD                    -V- BERNARD "SKIP" WHALEN AREA LOCAL
Title

D. Samuelson                                         D. Smith via Phone
Attorneys Present                                Attorneys Present

COURT CLERK: Jackie Garcia           COURT REPORTER: Jana Ridenour

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. Defendant shall provide the plaintiff with records/documents relating to this action. Plaintiff shall provide the defendant with an itemization of what is owed to plaintiff. Upon completion of the document exchange, the parties are to meet and confer to resolve the case. If the parties are unsuccessful in resolving the matter, the parties are to have a settlement conference with Magistrate Judge Lloyd prior to the next CMC. The Court set a Further Case Management Conference for 7/25/08 @ 10:30 AM. Defendant to prepare order following the conference.