1  Stephen P. Berzon (SBN 46540)
   Jonathan Weissglass (SBN 185008)
2  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
3  San Francisco, CA 94108
   Telephone: (415) 421-7151
4  Facsimile: (415) 362-8064
   Email: jweissglass@altshulerberzon.com
5
   Daniel B. Smith
6  O'DONNELL, SCHWARTZ & ANDERSON, P.C.
   1300 L Street NW, Suite 1200
7  Washington, DC 20005-4126
   Telephone: (202) 898-1707
8  Facsimile: (202) 682-9276
   Email: dsmith@odsalaw.com
9

10 Attorneys for Defendant
   Bernard "Skip" Whalen Area Local #71
11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                            **SAN JOSE DIVISION**

15 | KENNETH G. FLOYD,                         | Case No. C07-05993 RMW

16 |        Plaintiff,

17 |   v.                                      | **STIPULATION AND PROPOSED ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**
18 | BERNARD "SKIP" WHALEN AREA LOCAL, AMERICAN POSTAL WORKER
19 | UNION LOCAL #71,

20 |        Defendant.

21

22         An Initial Case Management Conference was held on May 2, 2008. The Court ordered the

23 parties to attempt to resolve the case, and to participate in a settlement conference with Magistrate

24 Judge Howard R. Lloyd prior to the next Case Management Conference if they were unable to

25 resolve the case. The court set a Further Case Management Conference for July 25, 2008. The

26 parties have not been able to resolve the case. Due to the schedules of the parties, and the schedule

27 of Magistrate Judge Lloyd, the earliest date on which the parties can meet with Magistrate Judge

28 Lloyd is August 8, 2008. The parties are currently scheduled to meet with Magistrate Judge on

1  August 8, 2008.

2      The parties stipulate to, and request that the Court grant, a continuance of the Further Case

3  Management Conference currently set for July 25, 2008, to August 29, 2008.

4

5                                    Respectfully submitted,

6

7  Dated: July __, 2008

8

9                                  By: _____

10                                    David L. Samuelson

11                               Attorney for Plaintiff Kenneth G. Floyd

12

13

14 Dated: July 3, 2008               ALTSHULER BERZON LLP

15

16                               By: /s/ Jonathan Weissglass
                                       Jonathan Weissglass

17

18                               O'DONNELL, SCHWARTZ & ANDERSON, P.C.

19

20                               By: /s/ Daniel B. Smith
                                       Daniel B. Smith

21

22                               Attorneys for Bernard "Skip" Whalen Area Local,
                              American Postal Workers Union Local #71

23

24

25 PURSUANT TO STIPULATION, IT IS SO ORDERED.

26

27 Dated: _____                            U.S. District Court Judge

28

STIPULATION AND PROPOSED ORDER, Case No. C07-05993 RMW

# PROOF OF SERVICE

I am employed in the City of Washington, in the District of Columbia. I am over the age of eighteen years and not a party to the within action; my business address is 1300 L Street, NW, Suite 1200, Washington, DC 20005. On July 7, 2008, I served the following documents:

**STIPULATION AND PROPOSED ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**

<u>By First Class Mail</u>: I am readily familiar with the ordinary business practices of O'Donnell, Schwartz & Anderson, P.C. for the collection and processing of correspondence for mailing with the United States Postal Service. I sealed and placed each such envelope, with first-class postage thereon fully prepaid, for collection and mailing to the office of the addressee on the date shown herein in Washington, District of Columbia.

**ADDRESSEE**

David L. Samuelson, Esq.
897 Independence Avenue, Suite 2D
Mountain View, CA 94043

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct. Executed this July 7, 2008 at Washington, DC 20005.

/s/ Daniel B. Smith
Daniel B. Smith