UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

HOWARD R. LLOYD    UNITED STATES MAGISTRATE JUDGE            CT. #2

DATE: August 8, 2008                         CASE No.   C07-05993RMW

CASE TITLE:  Kenneth Floyd v. Bernard "Skip" Whalen Area Local

Courtroom Deputy: P. Cromwell            ERO:       FTR

APPEARANCES

For Plaintiff(s):                              For Defendant(s):

David Samuelson                                Daniel Smith

Also present: Kenneth Floyd                    Also present: Bob Davis


☒   Settlement Conference Held.  Case settled.

☐   Settlement Conference Held.  Case did not settle.

☐   Settlement Conference Held (telephonic).  Further Settlement Conference to be scheduled:


Comments:

cc:
Chambers


Judge:                                                         Hours:  4.0