UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: September 5, 2008

Case No. C-07-05993-RMW      JUDGE: Ronald M. Whyte

KENNETH FLOYD    -V- BERNARD "SKIP" WHALEN LOCAL UNION
Title

D. Samuelson                                          D. Smith via Phone
Attorneys Present (Plaintiff)                Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia            COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The parties reached a conditional settlement. The parties have not reduced the agreement in writing. Parties have some disagreement on the language of the settlement agreed to on the record. The defendant shall prepare a letter signed by the chief executive officer who has authority and/or power to sign off agreeing to the settlement set forth on the record. A copy of the letter shall be filed with the Court. The Court set a Further Case Management Conference for 9/19/08 @ 10:30 AM.