1

2

3

4  **E-FILED on _____9/29/2008_____**

5

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  KENNETH FLOYD, | Case No.  C-07-05993-RMW |
| 12      Plaintiff, | ORDER DISMISSING CASE PURSUANT TO SETTLEMENT |
| 13  vs. | |
| 14  BERNARD "SKIP" WHALEN AREA LOCAL, AMERICAN POSTAL WORKER | |
| 15  UNION LOCAL #71, | |
| 16      Defendants. | |

17

18      On August 8, 2008 this case was settled subject to approval of the Executive Board of the

Union.  The settlement was put on the record of the court and the parties specifically agreed that the

19

settlement could be enforced by use of the transcript, if necessary.

20

**THE COURT:** Do you contemplate that there will be a written agreement?

21

**MR. SAMUELSON:** Yes.

22

**THE COURT:** Okay.  If perchance the agreement isn't signed for whatever

23  reason, do you both intend that this settlement, which you're putting on the record, shall be binding nonetheless?

24

**MR.  SMITH:** Yes.

25

**MR. SAMUELSON: Yes.**

26

**THE COURT:** Okay.  And by that I mean nobody is legally entitled to

27  change their mind; and even if the agreement doesn't get signed for whatever reason, parties seeking to enforce the settlement may use the transcript of this hearing for that

28  purpose.  Do you understand that?

Order Dismissing Case Pursuant to Settlement
Case No. C-07-05993-RMW

1

2      **MR. SAMUELSON:** Yes.

3      **MR. SMITH:** Yes.  Still being conditional on the approval of the Executive
Board.

4      The plaintiff and the President of the Local Union specifically agreed to the settlement on the

5   record on August 8, 2008.

6      On August 24, 2008 the Executive Board of the Union agreed in writing to "the terms of the

7   [settlement] which are spelled out in the . . . transcript of proceedings of the official electronic sound

8   recording" of the August 8, 2008 settlement hearing.

9      The parties now both insist the case has been settled per the settlement placed upon the

10   record but are unable to agree on a written form of the settlement agreement. Therefore, the court

11   hereby enforces the settlement as follows:

12      1.  Bernard "Skip" Whalen Area Local American Postal Workers Union Local 71 will pay to

13   Kenneth Floyd the sum of $17,000 within two weeks (the court understands this payment has been

14   made);

15      2.  All administrative charges against the prior administration (Kenneth Floyd, Darryl

16   Samuelsen, and Refugio Ramirez) are withdrawn;

17      3.  Bernard "Skip" Whalen Area Local American Postal Workers Union Local 71 and

18   Kenneth Floyd, for good consideration, the receipt of which is hereby acknowledged, each hereby

19   forever release, discharge, acquit and forgive each other from any and all claims, actions, suits,

20   demands, agreements, liabilities, judgments, and proceedings both at law and in equity arising from

21   the beginning of time to the date of these presents including, but not limited to, those claims set forth

22   in the action entitled *Floyd v. Bernard "Skip" Whalen Area Local*, Case No. C-07-05993 RMW

23   brought in the United States District Court for the Northern District of California.  This release shall

24   be binding upon and inure to the benefit of the parties, their successors, assigns and personal

25   representatives.  The parties expressly waive the protection of California Civil Code Section 1542

26   which provides:

27      A general release does not extend to claims which the creditor does not know or
suspect to exist in his or her favor at the time of executing the release, which if
28      known by him or her must have materially affected his or her settlement with the

Order Dismissing Case Pursuant to Settlement
Case No. C-07-05993-RMW

1    debtor.

2    and:

3        4.  The action entitled *Floyd v. Bernard "Skip" Whalen Area Local*, Case No. C-07-05993

4    RMW brought in the United States District Court for the Northern District of California

5    is hereby dismissed with prejudice with each side bearing his or its own costs and attorney's fees.

6        The Clerk shall close the file.

7
     Dated:  9/26/2008                          *Ronald M Whyte*

8                                               RONALD M. WHYTE
                                                United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Dismissing Case Pursuant to Settlement
Case No. C-07-05993-RMW

3

1  **Notice of this documents has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  David L. Samuelson            DLSamuelson@yahoo.com

4  Counsel for Defendant:

5  Jonathan Weissglass            jweissglass@altshulerberzon.com
   Daniel B. Smith                dsmith@odsalaw.com

6
   Counsel are responsible for distributing copies of this document to co-counsel that have not
7  registered for e-filing under the court's CM/ECF program

8

9  **Dated:** _____9/26/2008_____                              _____TSF_____
                                                              **Chambers of Judge Whyte**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Dismissing Case Pursuant to Settlement
Case No. C-07-05993-RMW